PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND CLINE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (I) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL KANE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions in all other respects denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WINFIELD I. NICHOLSON, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE POLITANO, Appellant. (C) In the Matter of the Claim of GEORGINA CRUZ, Appellant. UNEMPLOYMENT INSURANCE APPEAL BOARD, Respondent. (D) ALEXANDER DZIOBECKI, Appellant, v. DOMINICK D'AMBROSI, Respondent.— [In each action] Time of perfect appeals extended 90 days.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH F. LA SHOMBE, Appellant.— Application for assignment of counsel denied.

■ (A) EVELYN ILER, Appellant, v. ANTHONY RAIMONDI, Respondent. (B) RALPH H. BRUBAKER, Respondent, v. STATE OF NEW YORK et al., Appellants. (C) In the Matter of the Claim of LUIS P. FIGUEROR, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (D) In the Matter of the Claim of PRIMO MONTAFIA, Appellant, v. DRAVO CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the November 1962 Term on or before October 11, 1962, in which event motions denied.

■ (A) In the Matter of the Claim of JOHN LARMANN, Appellant, v. COCA-COLA BOTTLING Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of ROXY SHOEMAKER, Appellant, v. SUZETTE QUEEN FIT GOWNS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (C) In the Matter of the Claim of RUTH RUBINI, Appellant, v. GRABOIS DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (D) In the Matter of the Claim of MARY E. DAWSON, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (E) In the Matter of the Claim of JEAN A. STONER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (F) In the Matter of the Claim of CHARLES J. COLUMBIA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (G) In the Matter of the Claim of JOHN RUSSO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (H) In the Matter of the Claim of SHIRLEY R. SHECHTER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (I) In the Matter of the Claim of JAMES P. MAISANO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (J) In the Matter of the Claim of FRANCES DE LORENZO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (K) In the Matter of the Claim of ROSCOE TOWNSEND, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (L) In the Matter of the Claim of ISIDORO STEFANESE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (M) In the Matter of the Claim of HILDA J. CARCONE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (N) In the Matter of the Claim of KARIN E. GENOVA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (O) In the Matter of the Claim of LOIS CHALAWSKY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (P) In the Matter of the Claim of MARIE L. MORREALE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (Q) In the Matter of the Claim

of VICTOR ORTIZ, Appellant, v. NELSON BROS. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (R) In the Matter of the Claim of ROSE M. RICE, Appellant, v. EMCO PORCELAIN ENAMEL CO., INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (S) In the Matter of the Claim of EMERITO ROCHET, Appellant, v. SIMPSON ELECTRIC CO. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (T) In the Matter of JOSEPH N. LA BELLA, Petitioner, v. NEW YORK STATE EMPLOYEES' RETIREMENT SYSTEM. (U) In the Matter of the Arbitration between CENTRAL SCHOOL DISTRICT No. 3, OF THE TOWNS OF ROTTERDAM, SCHENECTADY COUNTY, AND COLONIE AND GUILDER- · LAND, ALBANY COUNTY, Appellant, and M. KRAMER & SONS, INC., Respondent.— [In each action] Motion to dismiss appeal granted by default, without costs.

■ (A) In the Matter of the Claim of ALEXANDER A. TURNER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) In the Matter of the Claim of INA B. TURNER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (C) In the Matter of the Accounting of M. J. McALLISTER, as Administrator.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the November 1962 Term on or before October 11, 1962, in which event motions denied.

■ (A) In the Matter of the Claim of JOAN BYRNE, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant. (B) In the Matter of the Claim of BETTY A. GODDARD, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant. (C) In the Matter of the Claim of SANDRA J. LINDSAY, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— [In each action] Motions for permission to withdraw and discontinue appeals granted, without costs.

■ ERICK N. TABER, Respondent, v. EDMUND BATEMAN et al., Appellants.— Appeal dismissed, without costs, unless appellant shall file and serve record, brief and note of issue for the November 1962 Term on or before October 11, 1962, in which event motion denied. Present — Bergan, P. J., Coon, Gibson and Herlihy, JJ.

# (September 17, 1962)

In decisions Nos. 1–4: Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ COLONIE MOHAWK CORP., Appellant, v. GILBERT & BARKER MANUFACTURING COMPANY, Respondent.— Decision of February 20, 1962 (15 A D 2d 841) amended to provide as follows: "Order and judgment reversed, on the law and facts and motion denied, with costs to abide the event."

■ LENA ZARIN, Respondent, v. SULLIVAN COUNTY HARNESS RACING ASSOCIATION et al., Appellants.— Motion for an order granting plaintiff-respondent additional time to file brief and appendix granted upon condition that the brief and appendix be filed on or before October 15, 1962 and the plaintiff-respondent be ready for argument at the November 1962 Term.

■ In the Matter of SOL MYERS, Respondent, v. EDMUND BLAISE et al., Appellants.— Motion for stay granted on condition that defendants-appellants perfect the appeal on or before October 15, 1962, and be ready for argument at the November 1962 Term.

■ FEDERAL LAND BANK OF SPRINGFIELD, Plaintiff, v. UNITED STATES OF AMERICA, Appellant, and LERNER'S NEW DEPARTMENT STORE, INC., et al., Respondents, et al., Defendants.— Motion for stay granted.